JUDGE KOELTL

26 CV 03628

2026 MAY -1  PM 3: 37
RECEIVED
SDNY PRO SE OFFICE

# FEDERAL COURT EMERGENCY MOTION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**ALYSSE DEE MINKOFF,**
*Alysse Minkoff, Pro Se (ADA Status),*

-v.-

**FRONTIERAS NORTH AMERICA, INC.; MATTHEW MCKEAN; JOHN VENNERS; JOSEPH WITHERSPOON, STEPHEN BOATWRIGHT, TED VENNERS, FRONTIER APPLIED SCIENCES, PIONEER APPLIED SCIENCES, KVLLC, KOPPEMAN TRUSTS/LEGACY IP, FRONTERA ENERGY CORP.; HILLARI LYNN KOPPELMAN; GERALDINE WYLE, BRIAN KOPPELMAN, DEBBI MINKOFF MILLER, LONG AND FOSTER, ANNE FLAYER, JANE FAIRWEATHER TEAM DC/MARYLAND; BNG ACCOUNTANCY; COZEN O'CONNOR, ROBERT FRIEDMAN AND PAUL FERLAND, ESQ.**
*Defendants.*

**Case No.:** (TO BE ASSIGNED)

## RESTRAINING ORDER AND ORDER TO SHOW CAUSE

### RELIEF REQUESTED

Alysse Dee Minkoff  moves this Court for an immediate **Temporary Restraining Order (TRO)** enjoining Defendants and non-party garnishees

**COMPUTERSHARE TRUST COMPANY** and **DEALMAKER SECURITIES** from distributing, wiring, or dissipating the **US$500,000,000** in cash consideration and **CAD $647,000,000** in capital returns scheduled for disbursement this day, **April 30, 2026**.

Material misstatements of material fact in Fronterias North America, Frontier Applied Sciences/FAS Pioneer Applied Sciences and other filings.  21.07% direct membership interest in all Koppelman Trusts.  Koppelman Ventures, LLC/KVLLC. 25.5% Vested Beneficial Interest in Edward Koppelman "Legacy Patent Portfolio. 100 % Rightful Supermajority Beneficial Interest of Alysse Dee Minkoff resulting from pervasive multi-state legal frauds, regulatory tax and insurance fraud.

Cozen O'Connor, are now on notice that proceeding constitutes criminal conversion and a violation of SEC Rule 10b-5, tax and other crimes.

Plaintiff is a disabled litigant. Without an immediate stay, the funds will be wired at the **4:00 PM EST cutoff**, rendering the 2011 settlement protections effectively moot through the global dissipation of assets.

Signature: _____

Alysse Dee Minkoff, Pro Se

450 East 83rd Street #2B New York City New York 10028

212-249-0492 and 310-486-5725

aminkoff@aol.com

Date: April 30, 2026

STATE OF NEW YORK
COUNTY OF NEW YORK

I Alysse Dee Minkoff a non-anonymous Pro Se disabled SEC Whistleblower as of 4/14/2026 at 4:00 PM being duly sworn depose and say that the following facts are true to the best of my knowledge and belief.

I am a sixty-five-year-old citizen of the United States of America. A resident of New York City and disabled litigant appearing pro se in the United States District Court for the Southern District of New York, as of yesterday's press release: Frontieras North America. Closes Inaugural Reg A+. Offering At $25 Million, Files. Amendment to Expand. Offering to $75 Million On Signiant Investor Demand.

Frontieras North America and officers executed a global securities fraud and other crimes April 30, 2026. This and other fraudulent transactions involve the illegal dissipation of $500,000,000.00 in cash and $472,310,000.00 in capital returns through a global network of shell companies, other fiduciary malfeasance. The total amount lost through this transaction as of 05/01/2026 in United States currency is $972,310,000.00.

I hold a twenty-five-point five percent vested beneficial interest in the Edward Koppelman Patent Portfolio and a twenty-one-point zero seven percent direct membership interest in all Koppelman Trusts.

All evidence referenced is "on the record" in Pacer, LASC, NYCEF. E-Discovery CDs. Patent history and other evidence of global crimes, legal and tax fraud are inside 2B.

In fact, proof of crimes is readily available to a student with a computer for "Google" and "Google AI" homework.

Lawyers and accountants named may not plead ignorance, not then. Not now. Frauds upon all courts. Tax, insurance and real estate fraud coordinated by trust and estate other experts who billed and double-billed "The Estate of Edward and Nettie Koppelman: to harm their eldest granddaughter, Alysse Dee. Immoral and unwise. Photos and evidence prove Donald and my presence in labs. Hangars. Boats with Bedonna Lois and my parents and Edward and Nettie, shortly after

birth as confirmed by TWA flight records dated August 3, 1961 – and my baby book.

My status owner is secured by order from the Superior Court of California County of Los Angeles Case Number BP097667. Federal Court. Appellate Court and all actions undertaken by the late Bruce Alexander and Needham and Company during Ed's lifetime to protect "Legacy IP" from further harm by Debbi and Hillari and Ted and John.

I was present, in Houston Texas during Donna's last week of life. October 2, 1998, Donna, after we returned on separate flights from Houston, Texas to Los Angeles, California. UCLA Hospital called early morning, October 3, 1998. My name is the only name listed on Bedonna's death certificate, per Donna.

After decoders of abuse by Los Angeles Probate. Superior. Federal and California Appellate courts the "fiduciary endgame" of Geraldine Wyle and Martin Reed and Christopher Brooks, CPA: The fraudulent patent wash April 8, 2011 transaction recorded under USPTO Reel 026116 Frame 0876 to move assets into Frontier Applied Sciences and Pioneer Applied Sciences is locked.

Billing records from all firms produced in all matters detail– theft and frauds by counsel and professionals hired by Debbi Minkoff Miller, Brian Koppelman, Hillari Koppelman, Ted and John Venners, The Witherspoon/Boatwright's and others.

Februay 8. 2011 in the office of JAMS, Los Angeles Safeco Insurance Company of Illinois through adjuster Vince San Filippo entered into a Release and Settlement Agreement for $95,000.00 paying Debbi and Hillari over protest.

Safeco's cumis counsel was funded to protect their insured from obviously tactical legal abuses, during cancer care. Hillari Koppelman, Debbi Minkoff Miller, and counsel. Alysse Minkoff /Steve Shuman, Engtstrom Liscomb and Lack with Safeco's adjuster and attorneys from Demler Armstrong and Rowland signed the final document. For reference JUDICATE WEST is on the header of the facsimile sent mid-trial(s) to prove fraudulent intent of The Fiduciary, her counsel and Debbi Minkoff Miller.

McKenna/Griewe/Polson theft from Cedars was made by Rob and Kathy at The Montage Hotel the weekend of February 28, 2015.

Attorney Eric Hartline, Debevoise and Plimpton assisted the McKenna family as a gesture of gratitude after 2015's surgery.  In 2018 "McKenna conduct" alarmed treating physicians who played an advisory role post-surgery for many reasons.

The McKenna/Polson family and Criag Griewe removed from my personal and professional and medical life from my bed at John Wayne Cancer Institute while under the care of Dr. Jennifer Linehan, MD.  Before June 2023, Linehan and others forced retirement. now working for USC, City of Hope, Los Robles Hospital.

Late-August 2024, a suspicious text from Kathy McKenna arrived during preparations for upcoming cancer care at Cedars and John Wayne.  I called Kathy and Rob from Los Angeles and agreed to meet Kathy for a walk and lunch to "reconnect" at The Polo Lounge.

September 30, 2024, during our walk Kathy admitted the family's pre-retirement theft of medical records from John Wayne.  Kathy was documented by photos taken during the walk, and lunch.  Kathy was present when Dr. Barry Rosenbloom ordered September 27, 2024, InFed treatment at Tower Hematology – and not present during treatment, by design.

Kathy and I took Waymo to meet Dr. Robert J. McKenna and Robert Polson McKenna for dinner at El Compadre, in Echo Park.  Photos document "family theft admissions" and brutal side effects.

What followed, is crimes by Cozen O'Connor/Chubb and Zurich and Frist Service Residential.

Past is Prologue.

I love the Stone engraving of the United States constitution.  Eric Hartline and I attended confirmation hearings in Washington DC on March 12, 2013.  President Barack Obama's nominee for Chair of the Securities and Exchange Commission (SEC), Mary Jo White, appeared at formal confirmation hearing before the Senate Banking Committee for our trailblazing working mothers.  The men who loved them and loved us – who never met.  The committee approved Mary Jo's

nomination with a 21–1 vote, March 19, 2013. The full United States Senate confirmed by a voice vote April 8, 2013. The rest is history.

August 1, 2018, after dinner at Rotisserie Georgette during a walk home through Central Park, Eric shared with sadness Debevoise, The Firm's legal position acting in any capacity including co-trustee of my trust or giving "friendly advice", Eric Hartline could not take a "position adverse to Chubb" or any Debevoise client.

I avoided Eric Hartline like "the plague" after "the flood" knowing the stakes were the rule of law. The Hague. "Koppelman Legacy IP's" litigation history. Patent numbers and pre-patent IP dates back before 1922 before Charles A. Koppelman was born – Eric tried to teach me how to use The New York Times "TimesMachine" and failed.

After firing lawyers for Cause from coast to coast starting March 23, 2026 while working on SEC/Canadian filings, warnings were ignored.

I issued an "Urgent Notice of Adverse Claim" to the boards of Frontera Energy and Frontieras North America and to Computershare Trust Company of Canada. TCR and WBF filings were sent to all parties and counsel.

Accounting records from BNG Accountancy, trustee Hillari Koppelman omitted the 01/16/2026 Mason County West Virginia closing from regulatory and tax filings.

December 29, 2014, sworn declarations from Hillari Koppelman personally incurred $1,051,110.46 in attorney's fees and litigation costs against me before Dr. Robert McKenna's lower left segmentectomy at Cedars-Sinai Hopsital, Los Angeles.

I filed whistleblower reports with the SEC under TCR numbers 17761-968-283-319, 17762-145-725-002, 17763-912-010-013, 17770-484-592-609, and 17768-822-380-400.

I filed reports with the Ontario Securities Commission in Canada under WBF numbers. Cursory math in motions reveal overlapping fees of $240,591.04 to long firm of CPA/probate attorney Martin Reed and to lawyer Douglas Schreiber, $215,312.49.

Geraldine Wyle, Hoffman, Sabban & Watenmaker, Paul Levine, Levine & Baker topple  $400,000.00 paid to Lawrence J. Kelly and $312,078.73 paid to attorney Michael J. Ryan for "global strategy" during trial.  Strategy meant to bypass my claims and coordinate strategic litigation in the middle of trial during advanced cancer care.

Cost-shifting motions until mid-2015 while medical and personal records stolen from Cedars-Sinai.  Providence St. John.  Cleveland Clinic.  Sloan Kettering.  John Wayne Cancer Center. Scripps, La Jolla.  NYU/Langone.  Mount Sinai, New York and other facilities that continues, to date.

E-discovery and evidence admitted in California and Federal Court prove funds misappropriated to facilitate mortgage fraud involving JP Morgan, confirmed by the July 31, 2013 response confirming "missing" loan files for Hillari Koppelman.

Years of discovery abuses were coordinated.

Past is prologue, Cozen-style.  Decades of tax returns and K-1's are false.  A condo owner in a Union building can't get Condo Act documents or Master Policies from Cozen and Zurich eight years after Claim Note One and building staff admitted fault.  2025, 2024, and 2023 "updated" K1's from BNG and Hillari's lack of response, tax fraud.  Evidence submitted in camera, if wanted.

The January 16, 2026 Mason County, WV closing, and the  $191,250,000 adverse interest and other deals/royalties were willfully omitted from the Frontieras North America and other filings.  Complains sent, ignored by Cozen.  Reed.  BNG.  Long and Foster Bethesda/DC.  Boatwright.  Witherspoon.  John and Ted Venners.  All were put on notice of USA SEC and Canadian filings.

Intimidation and retaliation here in New York, and around the country – and world.

Cozen, Ferland and Zurich's coordinated "battery by litigation" after renal cancer diagnosis Memorial Day Weekend, 2018

Unmarried by choice, a thirty-seven-year cancer survivor managing two primary cancers after renal cancer diagnosis a Memorial Day Weekend, 2018 flood caused gross negligence by First Service Residential/The Board of Managers of The Cielo Condominium, Susan Stronicky.  Paul Ferland, Cozen New York, Zurich and our

shared broker Michael Thaler at HUB are implicated. Cozen in Philadelphia's failed to respond even after yesterday's press release.

The coordinated battery by litigation and strategic legal filings to purposefully disrupt medical treatments and recovery since before Memorial Day Weekend, 2018. Eric was aware of the financial, physical and emotional impact.

For decades, medical and personal records were stolen from facilities including Methodist Hospital, Houston. The Cleveland Clinic. Sloan Kettering. Mount Sinai New York. Scripps, La Jolla John Wayne Cancer Institute in Santa Monica California.

Electronic and paper copies of transcripts and research materials from: James Woods cover story for "Cigar Aficionado Magazine" and work performed for all subjects including the late Gene Hackman for Marvin Shanken late 2020. Work for The Walt Disney Corporation, ESPN and ESPN.com the estate of Pete Rose, George Carlin and others and two novels in progress, stolen August 15-28, 2025, from a temporary rental during to medically ordered absence from New York, during and after Franklin and Palisades and Eaton/Hollywood wildfires.

Theft of my reputation and life's work, enabled by Paul Ferland/Adjuster Anthony Jerrick HUB and NFP. Brokers and adjusters don't wish to protect George Hamilton's copyrights and mine for Los Angeles Times bestselling book "Life's Little Pleasures by George Hamilton and Alysse Minkoff".

George Hamilton's creative and other service to our country deserves protection.

Insurance carriers: Chubb Zurich and Safeco participated in bad faith by failing to compensate documented claims for wildfires and the theft of property and unpaid claims. Shared brokers Michael Thaler at HUB, New York. Diane Borden, NFP Anaheim willfully neglected insurance claims for losses.

The law firm Cozen O'Connor and attorney Paul Ferland have engaged in battery by litigation and coordinated retaliation against me since 05/28/2018. The systematic pillaging of Holocaust Era patents and scientific assets for corporate profit constitutes a war crime under the Hague Convention of 1907 and the Hague Convention of 1954.

I request this affidavit be used to prosecute these specific war crimes and the ongoing global securities fraud in all relevant jurisdictions.

I sign this document in haste, with apologies for typos, in New York City on 05/01/2026.

Signature of Affiant _____
Alysse Dee Minkoff
450 East 83rd Street #2B
New York City, New York 10028
212-249-0492 and 310-486-5725
aminkoff@aol.com

Sworn to before me this 05/01/2026.

Notary Public _____ Ismael A Morillo-Perez

STATE OF ~~NEW YORK~~ Florida
COUNTY OF ~~NEW YORK~~ Broward



ISMAEL A MORILLO-PEREZ
Notary Public - State of Florida
Commission # HH 685170
Expires on June 8, 2029

Notarized remotely online using communication technology via Proof.





**Source:** *Frontieras North America*

*April 30, 2026 11:26 ET*

# Frontieras North America Closes Inaugural Reg A+ Offering At $25 Million, Files Amendment to Expand Offering to $75 Million On Significant Investor Demand

Company fully raises its initial qualified offering ceiling; files an amendment to its existing offering circular to expand the ceiling to the Reg A+ maximum, citing significant investor demand.

HOUSTON, April 30, 2026 (GLOBE NEWSWIRE) -- via IBN – Frontieras North America ("Frontieras" or the "Company"), an energy and environmental technology company commercializing its patented FASForm™ Solid Carbon Fractionation process, today announced it has fully closed its inaugural Regulation A+ (Reg A+) offering, having raised the full $25 million qualified ceiling. Driven by significant investor demand, the Company has filed an amendment to its existing Reg A+ offering circular with the U.S. Securities and Exchange Commission to expand the qualified ceiling to the statutory maximum of $75 million.

The successful close of the initial offering marks a significant milestone in Frontieras' capital formation strategy, reflecting sustained investor conviction in the company's technology, team, and mission to deliver abundant, affordable, and available energy for America. Since Reg A+ was modernized under the JOBS Act in 2015, more than 1,400 offerings have been conducted under the exemption, with Tier 2 offerings raising an average of $12.5 million, and the average qualified offering size across the full program averaging $22 million. Frontieras' inaugural offering, fully subscribed at $25 million by a pre-revenue industrial technology company, places it among the strongest initial Reg A+ raises in the program's history. The financial sector accounts for approximately 46% of aggregate Reg A+ financing sought and 64% of reported proceeds; industrial technology companies of Frontieras' profile rarely use this vehicle, and fewer still close it at the

ceiling on the first attempt. The company's investor base now spans thousands of individual shareholders who participated in both its prior Regulation Crowdfunding offering and the now-closed Reg A+ round.

"This is what it looks like when investors believe in something real. American energy, American jobs, American ingenuity, and a novel technology that actually works. We closed at the ceiling, we filed the same day, and we are not slowing down. The expanded offering is for everyone who sees what we see, and I could not be more proud of what this team has built to earn it."

— **Matthew McKean, CEO and Co-Founder, Frontieras North America**

"Closing a fully subscribed Regulation A+ offering is a meaningful validation of investor confidence in our technology's potential. We move now to expand our offering capacity under Reg A+, and we do so from a position of financial strength. The expanded offering gives a new group of investors the opportunity to participate early in what we are building."

**- Jose Lopez, CFO, Frontieras North America**

The expanded offering, once the amendment is approved by the SEC, will allow Frontieras to continue growing its investor base as the company advances construction of its $850 million commercial facility in Mason County, West Virginia. The Mason County project, which broke ground on April 2, 2026, is designed to process 2.7 million tons of coal annually using the FASForm™ process —producing refined liquid fuels, hydrogen, FASCarbon™ purified solid carbon fuel, ammonium sulfate fertilizer, and industrial chemicals in a zero-waste, closed-loop operation with no combustion.

The company's Reg A+ offering is conducted on the DealMaker platform. Investors seeking notification when the expanded offering opens may register their interest through the company's investor relations portal at invest.frontieras.com.

## ABOUT THE TECHNOLOGY

FASForm™ (Solid Carbon Fractionation) is Frontieras's patented process for thermally disassembling coal and other solid hydrocarbons into multiple high-value products — without combustion, without government subsidies, and without waste. The process produces ultra-low sulfur diesel, naphtha, hydrogen, FASCarbon™ solid fuel, sulfuric acid, and ammonium sulfate fertilizer, all from a single coal feedstock. The technology is patented across five continents and holds global coverage in the nine largest coal-producing nations.

### About Frontieras North America

Frontieras North America is an energy and environmental technology company commercializing FASForm™, a patented Solid Carbon Fractionation process that transforms coal and other hydrocarbons into clean-burning fuels, hydrogen, industrial carbon, and agricultural products. The company is focused on delivering abundant, affordable, and available energy through profitable, market-driven innovation.

For more information, visit: www.frontieras.com.

**Contact:** communication@frontieras.com

**Media:** nora.shepard@frontieras.com

### Corporate Communications

IBN
Austin, Texas
www.InvestorBrandNetwork.com
512.354.7000 Office
Editor@InvestorBrandNetwork.com

URGENT PRO SE ADA refiled/PDF/A complaint/evidence/Affidavit dated May, 1, 2026

From:  AM (aminkoff@aol.com)

To:    prose@nysd.uscourts.gov

Date:  Friday, May 1, 2026 at 09:18 AM EDT

Dear all,

With humble apologies for yesterday's technical glitches and for all typos and issues with HP and Apple support calls for weeks, drafts and phone bills submitted in camera upon request. Please confirm the proper PDF/A filter is now working for all attachments, including today's 5/1/2025 sworn affidavit.

With gratitude for the kindness and ADA support shown on the telephone yesterday.

Sincerely,

Alysse Minkoff, Pro Se/ADA Litigant
450 East 83rd Street #2B
New York City, New York 10028
212-249-0492
310-486-5725

PDFA TCR 17768-822-380-400.pdf
160.4 kB

PDFA TCR 17762-145-725-002.pdf
139.3 kB

PDFA WBF1270614051-835.pdf
118.7 kB

PDFA TCR 17770-484-592-609-.pdf
165.7 kB

PDFA WBS9574421078-828PDFA Suppelment-47PM.pdf
55.9 kB

PDFA Whisteblower 17763-912-010-013.pdf
164.9 kB

PDFA WPF 1260614051-835-Supplement.pdf
58 kB

PDFA WPF 1260614051-835-Supplement.pdf
58 kB

 PDFA:Federal TRO.pdf
128.5 kB

PDFASettlement_with_HK_LA.pdf
648.7 kB

PDFAWBF1270614051-835.pdf
118.7 kB

AffidavitAM5:1:2026.pdf
14.6 MB

 **SEC.GOV**

# Tips, Complaints, and Referrals
## Summary Page - After Submission

**This export was generated on Tue, April 14, 2026 at 04:00:30 PM EDT**

The Complaint Form questions that you responded to, the answers you entered for those questions, and any documents that you have uploaded to this TCR are listed below.

**Submission Number: 17761-968-283-319**

Thank you for contacting the United States Securities and Exchange Commission. This automated response with your Submission Number confirms that your submission has been received successfully. Please write down your Submission Number or print/save a copy of your submission for future reference. Once you navigate away from this page you will not be able to get back to your submission.

We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or nonexistence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

Please note that if you selected an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

If you are an attorney completing this form on behalf of your client, by selecting an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (e.g., driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's nonwaiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

```
PRINT SUBMISSION
```

# What is your complaint about?

**Please select the option that best describes your complaint.**
Material misstatement or omission in a company's public filings or financial statements, or a failure to file

**Please select the specific category that best describes your complaint.**
False/misleading offering documents

**Is this supplemental information to a previous complaint?**
No

**In your own words, describe the conduct or situation you are complaining about.**

On April 30, 2026, Frontera Energy Corporation, in coordination with Computershare, The Catalyst Capital Group Inc., GEM Global Yield, and DealMaker Securities and others are scheduled to proceed with a return of capital and related transaction steps that appear to omit key material facts about the ownership and royalty history of the Edward Koppelman IP. Specifically FASForm, FASCarbon, K-Fuel, U.S. Patent No. 9,926,492 B2, and Canadian Patent No. 2,296,363. The core issue revolves around beneficial interest and rights transferred via a specific "patent washing" assignment and equity swap occurring on April 8, 2011 (USPTO Reel 026116, Frame 0876) during active probate litigation in Los Angeles matter BP097667. I have been in litigation with Koppelman and Venners for decades. The omissions mischaracterize the 25.5% rights and beneficial interests belonging to family members: Miss Alysse Dee Weinstein Minkoff, Debbi Minkoff Miller (and the estate of the late Mark Miller), and Anne and William Flayer. Hillari Lynn Koppelman, acting through Koppelman Management, as Managing Member of KVLLC (Koppelman Ventures), and Trustee of all Koppelman Trusts, has utilized her roles to facilitate a sophisticated global network of corporate shells across Nevada, Delaware, Colorado, South Dakota, Florida, California, Arizona, Wyoming, West Virginia, New York, Canada, and China with Venners-assistance. The international scheme, involving associates such as John Venners (under Permanent SEC Injunction LR-16613), Theodore Venners, Stephen R. Boatwright, Chris Brooks CPA (who prepared the relevant tax returns), Martin Reed Attorney, Gabriel de Alba, and Gramercy Funds Management and others, has been used for decades to conceal true royalty value while K-1s erroneously report zero income — a financial vacuum that defies the gravity of the massive capital returns and Koppelman Ventures royalties documented in SEC filings. I was present at all hearings and depositions and aware of my late parent's concerns since 1983. I am filing this to protect scientific and aviation assets and reclaim the 25.5% interest for the record in all courts.

**Are you having or have you had difficulty getting access to your funds or securities?**

Yes

**Did you suffer a loss?**

Yes

**Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00).**
90000000

**When did you become aware of the conduct? (mm/dd/yyyy)**
04/13/2026

**When did the conduct begin? (mm/dd/yyyy)**
12/01/1983

**Is the conduct ongoing?**
Yes

**Has the individual or firm acknowledged the conduct?**
No

**How did you learn about the conduct? You may select more than one answer.**
Account statements, Conversations, Publicly available information, SEC filings

**Have you taken any action regarding your complaint? You may select more than one answer.**
Complained to firm, Complained to other regulator, Complained to SEC, Complained to other, Other

**Provide details.**

On April 30, 2026, Frontera Energy Corporation, in coordination with Computershare, The Catalyst Capital Group Inc., GEM Global Yield, and DealMaker Securities and others are scheduled to proceed with a return of capital and related transaction steps that appear to omit key material facts about the ownership and royalty history of the Edward Koppelman IP. Specifically FASForm, FASCarbon, K-Fuel, U.S. Patent No. 9,926,492 B2, and Canadian Patent No. 2,296,363. The core issue revolves around beneficial interest and rights transferred via a specific "patent washing" assignment and equity swap occurring on April 8, 2011 (USPTO Reel 026116, Frame 0876) during active probate litigation in Los Angeles matter BP097667. I have been in litigation with Koppelman and Venners for decades. The omissions mischaracterize the 25.5% rights and beneficial interests belonging to family members: Miss Alysse Dee Weinstein Minkoff, Debbi Minkoff Miller (and the estate of the late Mark Miller), and Anne and William Flayer. Hillari Lynn Koppelman, acting through Koppelman Management, as Managing Member of KVLLC (Koppelman Ventures), and Trustee of all Koppelman Trusts, has utilized her roles to facilitate a sophisticated global network of corporate shells across Nevada, Delaware, Colorado, South Dakota, Florida, California, Arizona, Wyoming, West Virginia, New York, Canada, and China with Venners-assistance. The international scheme, involving associates such as John Venners (under Permanent SEC Injunction LR-16613), Theodore Venners, Stephen R. Boatwright, Chris Brooks CPA (who prepared the relevant tax returns), Martin Reed Attorney, Gabriel de Alba, and Gramercy Funds Management and others, has been used for decades to conceal true royalty value while K-1s erroneously report zero income — a financial vacuum that defies the gravity of the massive capital returns and Koppelman Ventures royalties documented in SEC filings. I was present at all hearings and depositions and aware of my late parent's concerns since 1983. I am filing this to protect scientific and aviation assets and reclaim the 25.5% interest for the record in all courts.

# Who are you complaining about?

**Person or Firm 1**

**Are you complaining about a person or a firm?**
Firm

**Select the title that best describes the firm the complaint is about.**
Publicly held company

**Are you or were you associated with the person or firm when the alleged conduct occurred?**
Yes

**How are you or were you associated with the person or firm you are complaining about?**
Unsure.

**Identifier Type**
Ticker Symbol

**Ticker Symbol**
FASF FECCF FEC FEC N 3PY3 ULCC 0VN FRON FRTG FAS FAST FAF FCEF

**Are you a current or former Employee, Officer, Partner, or Employee Director of any entity you are complaining about?**
No

**Are you a current or former Non-Employee Director, Consultant, Contractor or Trustee of any entity you are complaining about?**
No

**Firm Name**
Fronterias

**Street Address**
7349 Via Paseo

**Address (Continued)**
Suite 515

**Country**
United States

**Zip / Postal Code**
85258

**City**
SCOTTSDALE

**State / Province**
AZ

**Home Phone**
602) 509-0950 (832)

**Work Phone**
(832) 501-3553

**If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**
Yes

## Person or Firm 2

**Are you complaining about a person or a firm?**
Firm

**Select the title that best describes the firm the complaint is about.**
Accounting Firm

**Are you or were you associated with the person or firm when the alleged conduct occurred?**
Yes

**How are you or were you associated with the person or firm you are complaining about?**
Fiduciary

**Identifier Type**
Unknown

**Are you a current or former Employee, Officer, Partner, or Employee Director of any entity you are complaining about?**
No

**Are you a current or former Non-Employee Director, Consultant, Contractor or Trustee of any entity you are complaining about?**
No

**Firm Name**
BNG Accountancy

**Street Address**
14011 Ventura Boulevard

**Address (Continued)**
511

**Country**
United States

**Zip / Postal Code**
91423

**City**
SHERMAN OAKS

**State / Province**
CA

**Work Phone**
818-789-6191

**If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**
Yes

## Person or Firm 3

**Are you complaining about a person or a firm?**
Firm

**Select the title that best describes the firm the complaint is about.**
Private/Closely Held Company

**Are you or were you associated with the person or firm when the alleged conduct occurred?**

Yes

**How are you or were you associated with the person or firm you are complaining about?**

Hillari Lynn Koppelman is my aunt.

**Identifier Type**

Unknown

**Are you a current or former Employee, Officer, Partner, or Employee Director of any entity you are complaining about?**

No

**Are you a current or former Non-Employee Director, Consultant, Contractor or Trustee of any entity you are complaining about?**

No

**Firm Name**

Koppelman Ventures LLC Koppelman Management LLC KVLLC and All Koppelman Trusts

**Street Address**

14011 Ventura Boulevard

**Address (Continued)**

502

**Zip / Postal Code**

91423

**City**

SHERMAN OAKS

**State / Province**

CA

**Work Phone**

818-789-6191

**Email Address**

hkoppelman@bngcpa.com

**If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**

Yes

## Person or Firm 4

**Are you complaining about a person or a firm?**

Person

**Select the title that best describes the person the complaint is about.**

Executive officer or director

**Where is the person that you are complaining about employed?**

Long and Foster DC

**Are you or were you associated with the person or firm when the alleged conduct occurred?**

Yes

**How are you or were you associated with the person or firm you are complaining about?**

Since her birth 12/6/1963 we are both 25.5% participants.

**Person's Title**

Ms

**First Name**

Debbi

**Last Name**

Miller

**Street Address**

7373 Wisconsin Avenue

**Address (Continued)**

Suite 700

**Country**
United States

**Zip / Postal Code**
20814

**City**
BETHESDA

**State / Province**
MD

**Mobile Phone**
(202) 213-5477

**Email Address**
debbi.miller@lnf.com

**If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**
Yes

## Which investment products are involved?

**Select the type of product involved in your complaint.**
Equities (e.g., common stock, preferred stock)

**Please select the category that best describes the security product.**
Common stock (exchange-traded stock)

**Enter the ticker symbol, if known.**
FASF

**Enter the product name(s), if known.**
FASForm TM FASF Carbon and K-fuel

## About you

**Are you filing this tip under the SEC's whistleblower program?**
Yes

**Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**
No

**Title**
Ms

**First Name**
Alysse

**Middle Name**
Dee Weinstein

**Last Name**
Minkoff

**Street Address**
450 East 83rd Street

**Address (Continued)**
#2B

**Country**
United States

**Zip / Postal Code**
10028

**City**
NEW YORK

**State / Province**
NY

**Home Telephone**
212-249-0492

**Mobile Telephone**
310-486-5725

**Email Address**
aminkoff@aol.com

**What is the best way to reach you?**
Phone

**Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**
No

**Select the profession that best represents you.**
Other

**For Other, please specify.**
25.5 % member of KVLLC and all Koppelman trusts.

**Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?**
No

**Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?**
Yes

**If you answered "Yes," please provide details.**
Decades of litigation.

**Has anyone taken steps to prevent you from reporting this violation to the SEC?**
No

**Are documents or other information being submitted that could potentially identify the whistleblower?**
Yes

**Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.**
The lawsuits against Hillari Lynn Koppelman and Theodore Venners are public knowledge. The conduct occurred during active litigation across multiple jurisdictions and around the world.

 **SEC.GOV**

# Tips, Complaints, and Referrals
## Summary Page - After Submission

**This export was generated on Tue, April 14, 2026 at 08:56:13 PM EDT**

The Complaint Form questions that you responded to, the answers you entered for those questions, and any documents that you have uploaded to this TCR are listed below.

**Submission Number:** 17762-145-725-002

Thank you for contacting the United States Securities and Exchange Commission. This automated response with your Submission Number confirms that your submission has been received successfully. Please write down your Submission Number or print/save a copy of your submission for future reference. Once you navigate away from this page you will not be able to get back to your submission.

We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or nonexistence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

Please note that if you selected an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are

agreeing to the following statement:

- I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

If you are an attorney completing this form on behalf of your client, by selecting an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (e.g., driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's nonwaiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

**PRINT SUBMISSION**

# What is your complaint about?

**Please select the option that best describes your complaint.**
Material misstatement or omission in a company's public filings or financial statements, or a failure to file

**Please select the specific category that best describes your complaint.**
False/misleading offering documents

**Is this supplemental information to a previous complaint?**
Yes

**What is the Submission Number of the previous complaint?**
17761-968-283-319

**In your own words, describe the conduct or situation you are complaining about.**
This is supplemental evidence for Submission Number 17761-968-283-319.
The attached letter dated April 4, 2026, documents the physical presence of Dr. Thomas Andrew Kardish from Salesianum School in Malibu, California, on June 17–18, 2025.
I am reporting the overnight stay because Tom's presence in Malibu occurred during the timeline of the transactions described in my original filing.
I am requesting that the SEC investigate any alleged coordination between Thomas Andrew Kardish and the other named parties regarding the alleged 267 million dollar debt and the alleged 4/08/2011 asset swap. Hillari Koppelman, Debbi Miller, BNG Accountancy, John and Ted Venners. Stephen Boatwright.
The information is provided to assist in the investigation of the alleged digital overwrite attempt detected after 12:00 EDT today when I ceased all communications with "The Koppelman/Venners" group who called me "a pirate" in a text message chain.

**Are you having or have you had difficulty getting access to your funds or securities?**
Yes

**Did you suffer a loss?**
Yes

**Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00).**
9000000

**When did you become aware of the conduct? (mm/dd/yyyy)**
04/13/2026

**When did the conduct begin? (mm/dd/yyyy)**
12/01/1982

**Is the conduct ongoing?**
Yes

**Has the individual or firm acknowledged the conduct?**
No

**How did you learn about the conduct? You may select more than one answer.**
Publicly available information, SEC filings

**Provide details.**

I am reporting an alleged digital overwrite and spoliation of evidence that occurred at approximately 12:00 PM today, April 14, 2026.

This alleged tampering targeted the transaction logs and digital ledger entries connecting the 4/08/2011 asset swap to the current Fronteras deal.

I have concerns a coordinated attempt by the subjects to scrub the records of the $267 million debt immediately following my notification of legal action early this morning to Boatwrigth and others.

I request an immediate forensic audit of the KVLLC and Frontera Energy and Salesiaunum School in Delaware and Tom Kardish digital archives to recover the 2011 transaction data and all other communications since Ed's death in 1997.

This is supplemental evidence for Submission Number 17761-968-283-319.

The attached letter dated April 4, 2026, documents the physical presence of Dr. Thomas Andrew Kardish from Salesianum School in Malibu, California, on June 17–18, 2025.

I am reporting the overnight stay because Tom's presence in Malibu occurred during the timeline of the transactions described in my original filing.

I am requesting that the SEC investigate any alleged coordination between Thomas Andrew Kardish and the other named parties regarding the alleged 267 million dollar debt and the alleged 4/08/2011 asset swap. Hillari Koppelman, Debbi Miller, BNG Accountancy, John and Ted Venners. Stephen Boatwright and others.

# Who are you complaining about?

## Person or Firm 1

**Are you complaining about a person or a firm?**
Person

**Select the title that best describes the person the complaint is about.**
Other

**For Other Person, please specify.**
Family Friend

**Where is the person that you are complaining about employed?**
Salesianum School

**Are you or were you associated with the person or firm when the alleged conduct occurred?**
Yes

**How are you or were you associated with the person or firm you are complaining about?**
Godson of Dr. and Mrs. Neil Minkoff, my parents.

**Person's Title**
Mr

**First Name**
Thomas

**Middle Name**
Andrew

**Last Name**
Kardish

**Street Address**
1801 Broome Street

**Country**
United States

**Zip / Postal Code**
19802

**City**
WILMINGTON

**State / Province**
DE

**Work Phone**
302-654-2495

**Email Address**

tkardish@salesianum.org

**If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**

Yes

## Which investment products are involved?

**Select the type of product involved in your complaint.**

Equities (e.g., common stock, preferred stock)

**Please select the category that best describes the security product.**

Common stock (exchange-traded stock)

**Enter the ticker symbol, if known.**

FASF

**Enter the product name(s), if known.**

FASFORM TM FASFCabrbon and Kfuel

## About you

**Are you filing this tip under the SEC's whistleblower program?**

Yes

**Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**

No

**Title**

Ms

**First Name**

Alysse Dee

**Middle Name**

Weinstein

**Last Name**

Minkoff

**Street Address**

450 East 83rd Street #2B

**Country**

United States

**Zip / Postal Code**

10028

**City**

NEW YORK

**State / Province**

NY

**Home Telephone**

212-249-0492

**Mobile Telephone**

310-486-5725

**Email Address**

aminkoff@aol.com

**What is the best way to reach you?**

Phone

**Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**

No

**Select the profession that best represents you.**

Other

**For Other, please specify.**

Beneficial owner of 25.5 percent interest in "Koppelman Legacy IP"

**Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?**
No

**Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?**
No

**Has anyone taken steps to prevent you from reporting this violation to the SEC?**
No

**Are documents or other information being submitted that could potentially identify the whistleblower?**
Yes

**Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.**
I am submitting a personal letter from June 2025 as evidence of fiduciary betrayal by family friend Thomas Andrew Kardish. The letter documents Tom's presence in two visits overnight with me in Malibu on June 17–18, 2025. This visits coincided with a Salesianum school event hosted by Claudine and David Britz in Marina Del Rey and other donor events in Los Angeles.
I request an investigation into the overlap between Harvard University, Salesianum and Villa Joseph Marie donors for audit including David and Claudine Britz, Stephen Boatwright, Grace Brennan, Gabrielle Fife, Fr. Christian Beretta, and John Venners. Hillari Koppelman and Debbi Miller and Christine Kardish and all Kardish adult children and partners.
Boatwright and Venners were appointed to the Frontieras North America board on April 1, 2026. I have concerns donor networks and other unsavory behavior cover for the 267 million dollar asset diversion reported in my primary filing. The letter documents Kardish's conduct during the loading of the Fronteras deal. This evidence is directly relevant to the 12:00 PM digital overwrite attempt detected today and shows lack of character.

**Does the whistleblower want to be eligible to apply for a whistleblower award?**
Yes

Easter

From:  AM (aminkoff@aol.com)

To:    tkardish@salesianum.org

Date:  Saturday, April 4, 2026 at 11:22 PM EDT


Dear Tom,

This is not a letter I want to write.  During Holy Week, after Palm Sunday events in Israel.  Neil was a fan of "the long letter".   It's time we address your conduct in California from your arrival June 17, 2025, until your departure from Los Angeles.. June 18th, 20205, the night we spent together at 26666 Seagull Way unit C206 in Malibu.  Now that I'm back in New York, let's talk about events after August 11, 2025.

As my parent's beloved, and only, trusted godson, your history and emotional connection with me make your decisions thus far baffling. You knew I was receiving high-level cancer and other medical care.  Fled two wildfires that burned within sight of my balcony.  Silence feels worse than the unwise decision to return to Malibu after the Claudine and David Britz's alumni event with Father Beretta. And everything that followed.

Your heart is not made of stone.  Neither is mine. Navigating PCH is emotionally difficult and dangerous in broad daylight. Ours was always going to be an emotional reunion.  I wanted to gift you Neil's gold key ring with the key to C206 on the landing for spiritual protection never thinking you'd pounce moments later. Never imagining you would come back later that night and pounce again and leave without making things right.

The key ring never left my side after Donna's death October 1998 and traveled on, or with me.  Doubting Thomas Sunday 2020, after baptism and first communion blessed on the high altar of pandemic-closed St. James' Episcopal New York. I walked back into a willing quarantine with a field hospital in Central Park and shiny white morgue trucks gleaming across the East River amid daffodils.

Neil's key never left the ring until the night we talked. Touched by nearly every collar, collared.  Held for strength, by many. Like a rosary before I learned how to pray with a rosary. During launches at Cape Canaveral.  Coveted.  Touched for luck, in paddocks.  At wakes.  Broadway.

Mom knew when we dad's initials banging against our front door meant the sound of a bouncing basketball and Sondheim filling the air.  I never knew Dad had a bad day at the office. Hoops, belting show tunes and tea dates before burn unit rounds were stress-

management pearls.

Our history on Latigo Bay. Pepperdine. The Universal Studios Tour. Mimi and Papa. Saint Bernard of the Never-Hidden Matzo in the guest house led to what I wrongly assumed was jazz vespers at St. James and the temporary disaster morgue. The future, not "good works" were all that mattered when I wrote you and your family from Seagull Way. Read my email again.

We never had the chance to discuss ongoing research for two novels. Service to Partnership of Faith New York, the OCME on Hart Island and the human trafficking of minors. Now-Mayor Mamdani. The New York City Civil Service Exam taken July 2024 to silence whining whippersnappers. Last time I took a timed test was the SAT using a Number Two pencil with bubbles. There was a proctor and one glass of water provided.

You don't know me and maybe you don't want to know me. Decades of high-octane male dominated sandboxes and board rooms without incident, until now. Worship across all faith traditions since before birth. I have never, ever heard the most jaded bitcoin hustler or Hollywood mogul, tech captain or king talk about going to Church. Day spa. Mosque. Shul. Sound bath or pow-wow say: "I go every Sunday because it's my penance."

What, exactly, are you atoning for?

You describe your marriage as "efficient" to justify adultery with the least efficient hopelessly romantic sap in the history of history, Neil's daughter. Be still my heart. We're more than halfway to the moon again. Young Harvard finally cracked the code of "efficient adultery" before two Old Yalies and the National Air and Space Museum. Mazel Tov.

Welcome to an August list of hooligans and princes. Vintage heritage tweed and seersucker-clad men forever loved and always chosen no matter what side of heaven they inhabit. The gentlemen of magna cum lager, Lost Irish Sunday school know mulligans exist for spiritual reasons. God gets a mulligan within reasonable limits. Ghosting is an unreasonable waste of the mulligan. We're the adults. Honorary member Sam Waterston will lend you a tenor and extra plush, sterilized always-handsome Handsome Dan stuffy, for comfort in new surroundings.

A sixty-five year old valley girl from the Shul with the Pool on Mulholland Drive is womansplaining sacraments. Vows. The fickle finger of fate. The need for spiritual direction in a post-Epstein world. To a Catholic educator. Are you having the experience and missing the meaning or are you running scared?

Holy cow. It took a 40-year career of happily committed spinsterhood for you to make me into at best, "the donor call" and at worst "the problem to be managed" without a

single shred of romance. Absurd levels of downside risk(s). Zero holy communion. Zero Etcetera. Again.

I was asleep when you let yourself in after Claudine and David's. I was happy and sad to learn you were reeking of alcohol and perfume without an armed driver behind the wheel. The only thing I needed that night, every night, is a cigar, prayer, a strong shoulder and safety. I don't care who or how many women you're boinking. I'm not any man's warden, let alone yours. There are always at least 168 Jesusy solutions.

Leaving behind a woman's highly perfumed padded bra under my bathroom sink when you thought I was asleep was unwise and not necessary. I don't know who you were texting or calling from my bathroom or elsewhere. You were gone for so long I was worried and still worry. Radio silence was both unwise *and unkind*. You're not an unkind man. Your actions indicate calls are being monitored and you appear to be on the world's shortest leash. One that appears to be held by "the collars" and "the system".

I'm not 24. Once upon a time, technically speaking, back in the 80's Harvard lost to Yale. We should have had a laugh, found a rail and fixed the mess. Dealt with the cringe before July 4th weekend. While ironic, this is not the least bit funny but has potential for hilarity. Psalms. Whiffenpoofs. After multiple breaches of spiritual, personal, and professional ethics after you left behind a piece of physical evidence. The bra was photographed. Photos shared. The bra was secured and hidden until stolen along with other items while in-hospital August 15 to 28, 2025.

Among other risk factors, the night we spent together we were both power-drinking iColi-contaminated tap water and ice, at best. Doctors don't know worst case, yet. Your conduct and radio silence meant spending my milestone sixty-fifth birthday October 8 taking a full STD panel that included HIV testing and other invasive previously unnecessary lab work with no risk factors. After April 15, the second round of HIV/STD and other labs run every six months on repeat, best case. Leaks from the on-property wastewater treatment plant and a landslide near the front gate will change testing parameters and cadence. None of us are out of the woods because we don't know what was in the water, the wastewater/soil or how many women you're boinking besides Christine with medical certainty.

Post-wildfire symptoms are improving with NYC tap water, no wildfire gunk in the air, rivers or parks. IColi can survive frozen in ice for thousands of years. Orders to stay "hydrated AF" meant drinking a sewer for many months. Wildfire detritus may be hurting us both, silently, in different ways. Discretion, always. Medical transparency is not optional.

You're baffling. Liturgical seasons. A grandchild. Passover. Artemis. You won't

apologize. You refuse to account for your actions or inactions. I apologized to you and your wife after you pounced the first time. Before I said the words, "I don't know you" and nearly tossed you off my balcony. I was and I remain stunned.

It's true that you're dreamily handsome and a great a kisser. It's true that you're a married man and I'm a single woman. Kisses have unintended consequences: Like which one of us gets to keep the good in goodbye. Your father's wedding toast. Sunrise. Taking your dog to candlelight mass on the upper east side at Holy Trinity. Dr. Flaskie on the Dorothy Day ferry to Staten Island that's not about anything but the skyline. A loving God with a sense of humor didn't leave either of us in the dust or tomb on our way to the rail forty years later.

You had my vote since before you were born, Mr. President. There is no need to prove your worth with a title, dazzling elevator story or shiny degrees. Real life beats living an Instagram-worthy lovely lie. Truth and love, more interesting than a Pinterest board. Trophy. Box-office. Pull-quote. Don't tell Wake Forest God's grace is not a hashtag.

I knew you were late for a woman who knows how to make a point with too much perfume on your blazer, shirt and pants when I sat down in your car outside the gate. Gave us both every exit ramp. I never had time to share what I learned about Point Mugu before you offered oral sex to help "let me make me you happy" stealing glances at the clock after Lagniappe.

I was thinking: "Let's cut to the chase. My DNR is packed in the hospital go-bag. I'm in a dangerous amount of pain. Instead of wasting time going down on me, drop me at the ER at John Wayne, a Catholic hospital. A notarized DNR will need your business card for gravitas until my priest arrives."

Wishes. Horses. Beggars. EGOTS. Edibles. How could one silver fox get so many unforced errors for four decades (and counting) when you've always known I'm the last woman any man needs to lie to and you've always been at least two decades two young.

I hope I'm dead wrong about this and wrong about you. I pray that I'm wrong. Sadly, I know how and where our work worlds collide. Silence speaks volumes about Ivy-league entitlement and thuggery Dad warned me about before Lagniappe Seder.

Dad was more concerned about the intentions of Yalie One, rightly so. After, a happily married non-Cafeteria Catholic with a sense of humor joined us on Latigo Bay our final father-daughter plus one chalk talk was Dad's apology for his blind prejudice about the non-Jewish Yalie who loved his daughter who kept his promise to love honor and protect me until his last breath.

Dad was changing more than pronouns during Passover worship. During their first date Mom knew you were the favorite and the light of Neil's heart. They both wanted a large, extended family. No more kids. Same-same. Married and buried on the same altar and not on the same day, in God's time, according to my rector.

I was delighted to learn about the plot twists and your road from the bottom line to common good. I couldn't wait to see the campus through your eyes. The desire for zero cellphones at our table and in God's house. Analog moments on the river. Were those conversations real or the canned donor pitch for my demographic?

The woman you were hell-bent on boinking between meetings taught Fifth grade Sunday School on Madison Avenue sharing a parish house wall with the Ralph Lauren Men's store. Around the corner from Jeffrey Epstein's mansion and The Frick Collection on the corner of 71st and Fifth Avenue. Unassailable fortress and bad boy whisperer at Cigar Aficionado.

Like Weinstein. Woody Allen. Bill and Melinda and others, nothing about Epstein was subtle. Not much has changed. Not in New York. Hollywood. Seattle. For Savannah Guthrie. Interns call themselves influencers and humanitarians with word salad titles. Shell-game charities and companies. Leased by the hour. Held captive on yachts. Working the Final Four and Opening Day in throwbacks. Photographed in couture, parochial school uniforms and lingerie on beds in private clubs and Disney resorts. Found dead in trunks of cars and culverts. Or not found. Enabled by lonely empty-nesting Momagers. Malignant strategic partnerships. Recorded by hidden cameras when least expected.

Disasters are a given. I wanted to listen to whatever you wanted to share about memories from your growing-up years, not spin. Learn about your parents and mine. Stories predate Neil's 7-year courtship with Donna and 1973 wedding. I just found out Neil knew Mike and the late Judy Farrell in Laguna and through Bruin basketball a decade before he met Donna. In the early 60's Neil was stationed at Pendleton and lived in Laguna Beach. It's possible your folks may have been in the same protest marches with Neil and Mike and Judy. Neil took us everywhere cultural and fascinating and beachy and magical and holy like the ACLU and free clinics and burn wards. Protests and church.

Dad captured Wooden's retirement photo in San Diego after they cut down the nets. I hoped you would be willing to make a private and off the record handoff of Neil and Donna's Wooden-era treasures to Kareem for Kiki and other still-living teammates who lost scrapbooks and memories to wildfires and the tincture of time. Neil's button hat and "the" Final Four ticket stubs rightfully belong to Kareem with one of Neil's prayer books to share the sugar like Coach taught, without breaking the internet or denting

commandments.

The past does not matter. Now matters. The Vigil. During and after the Seder of all Lagniappe Seders, with every beat of my heart in serious moonlight I pray we get the chance to make the new memories Neil always wanted us to have. Sad on many levels, Neil and Donna didn't live long enough to micro-manage logistics.

Thanks for asking. Until God calls an audible, I'm a an utterly relieved happily committed spinster. A lone wolf. Jesus made sure my heart has safely belonged to one square-cut, non-Cafeteria Catholic with a dangerous horizontal smile for two decades who would prefer to give me away, than give the homily and will show up suited and booted and ditto.

IED's and the bomb squad working down the street at Gracie Mansion felt like waking up in the middle of Die Hard without Bruce Willis. During one lockdown, I learned I passed the New York City Civil Service Call Center Representative exam with special certifications. Nobody wants to call 311 or 911 in Manhattan and have Sister Bossypants answer with "bratty resting tone". When FBI cleared my park long enough to enjoy a Mr. Softee ice cream with extra sprinkles, I got on my knees and prayed for you in front of the "true cross" relic at 79th and First Avenue at (wait for the joke) The Church of Saint Monica's. Jesus needed Latin *and French* (Connection). Charlton Heston. The RTD Beach Bus. The Rockford Files.

Forget me. Perhaps you already have. As an educator, alum and fundraiser affiliated with Harvard University, the Archdiocese of Philadelphia, and the Diocese of Wilmington and parent, you are subject to codes of conduct regarding the safety of vulnerable individuals, especially minors.

Did you ever think about the optics of travel during a pandemic. Unreasonably lavish spending during government shutdowns while TSA and other federal employees are lining up for food pantries. Performative spirituality, during a time of privation, loss, ICE.

Alcohol poses reputational and other risks that are incalculable. A DUI or accident after Rebecca and Peter Grossman's recent heartbreak is my worst nightmare. You made two round trips to Malibu exhausted and impaired.

Do you want your students, adult children and grandchildren following your example when most high-level executives, actors, doctors and clergy drive alone, or use a dedicated car service for safety, security and confidentiality?

Yes, I'm a square. I'm quaint and I'm old fashioned. I'm older than Keir Starmer and Boris Johnson and was informed by a whippersnapper, old enough to babysit for Liz

Truss. Standards were discussed before your arrival, including the need for infection control.

Leo seems rules-y to me. I explained my house rules. Your past, your present, your beeswax. Not mine. No man's past or present is my prologue. My heart and home are not air cover for mischief. Quite the opposite. When in doubt, "the collars" are always welcome for a hot meal, whiskey, cigars and holy communion.

We wanted ours to be a fully analog reboot, right? No need to trust or verify. I lost over twenty percent of my body weight so this was shared with a tight circle: Mike and Shelley Farrell. An Episcopal attorney. Dr. BJ Miller, Mettle Health. My gynecologist at Cedars Sinai and other clinicians. Professors at NYU and Harvard. Brian Pinter, Fordham Prep/St. Ignatius Loyola my longtime Jesuit spiritual director in Manhattan.

I hope I'm wrong. We all hope I'm wrong. I have questions, you have questions. There are no wrong answers. I surprised myself. Again. Two is a pattern, Tom, I just checked with ground control with NASA.

"It's not the crime. It's the cover-up." Together, not one single crime. We are both human. The adults who get to make epic and lovely mistakes. Apologize and say I'm sorry to each other and God. I offered a car service. The bed and the couch. You refused all. You came back to spend the night for reasons still unknown. Left behind another woman's bra. I called to clear the air. Insert Moses joke: Here.

We get to have big feelings, per Elmo's gospel. Months of silence and you never shared the why. I don't know why you drove all the way out to Malibu without Father Beretta in the first place. I don't know why you returned late that night with lipstick on your collar when the event ended many hours earlier. I don't know why you left another woman's bra behind. I don't know much.

If you don't know any of your whys, that's fine. This is not an attack. This is an invitation to talk as friends and equals, back to the future.

Here's what I know about my why, in progress. I was in GI pain. Don't cry enough, never have. Conflicted. Need a strong, safe shoulder to grieve Gene and Reg Murphy. Three wildfires. Grateful I didn't throw up on you. Wish we looked at our shared humanity and with the Book of Common Prayer in spiritual privacy. That didn't happen. That's on both of us in equal measure. We need a course correction. It's The Master's.

I'm dismayed and stunned by your ongoing silence. Who else would I want to talk to during an un-holy Holy Week after the bullshit pulled by Israel on Palm Sunday with or without IED's and pickleball in the snow at Gracie Mansion during Ramadan. Especially,

where we agree and the world may disagree about corporate worship. There are no right or wrong answers, only mystery, at the rail or standing in a river looking up at the moon with Harry Houdini.

For a million reasons, I don't want to contact the NYPD at the 19th Precinct. Manhattan DA's Special Victims Division or the FBI regarding your professional conduct and potential interstate and international tax implications.

I wanted to get to know you and your family and talk about things that matter. Photography. Red-lined 1776 Book of Common Prayer volumes. Yahtzee. The Revolutionary and Civil War. The Poor Clares of Langhorne, PA. Telescopes. Fly fishing Golf. Attend masses of masses, supporting your work. Not call Harvard University's Office for Gender Equity, Title IX, and the Catholic diocesan intake officers in Delaware, Pennsylvania, and New York.

So far, there is nothing that cannot be fixed. This is Holy Week. God is still God so says Stephen Colbert.

I should have called a halt and insisted we call Christine together to let your wife and family know that you were safe and with Neil's daughter in Malibu because you're a stand-up guy. I'm no longer 100 percent sure if you're a stand-up guy. What happens next is your call.   We work for God. Humans learning to navigate new normals in real-time.

Saint Thomas Andrew, you meant well right up until you didn't.  And I meant well right up until I didn't. Our hearts were always in the right place. Sparks flew. Twice. Both miracles. Jesus wept.  So did we. At least one Judas left Lagniappe Seder group chat in a snit after asking slutty Mary nicely for steak Diane over the same old broiled fish and Dodger Dogs and Happy Meals.

Jesus stopped weeping and laughing long enough to drop the mic Palm Sunday to ask the following question of all faithy types far and wide Maundy Thursday: Do we need to pray to Sandy Koufax or Francis?  Leo and His Majesty King Charles are super-busy.  Call McDonald's.  This feels like a Crimson Tide, BAT 21, Apollo 11 triple feature without Newman's Own popcorn.

Somebody needs to tell God before sunrise Israel is misbehaving during Holy Week.  Again.  A nurse and swell dame chose Beckett's Walk for a heart-healthy less-lonely commute to her new day job. We're watching a passion play unfolding within a lunar passion play being written on SkyNews by Mark Austin.

Tom, you can still fix this in true Jesuit fashion. Be quick.  But don't hurry.

Neil would have called for family meeting on Latigo Bay. Asked who was extorting or blackmailing you such that you would leave behind another woman's bra under my bathroom sink in the middle of the night when you wrongly thought I was sleeping.

Dad would ask if leaving the bra behind was a cry for help. Just like words using words like "efficient" and "penance" to justify kissing me felt like a cry for help.

Dad would point out the 168 million trash cans between my bed in Malibu. The lady waiting elsewhere for a bra delivery. Christine. No questions asked, Dad would have allowed us the grace and unlimited snacks necessary to come up with a path forward.

You've always felt like the audible click of family. Kardish-Minkoff reunions are emotional with and without K-rails. Always with top shelf hootch. Truth and Virtue and a side of mischief. My dear man, charming and handsome and cafeteria Catholic as you are, even if you were a verifiably single daily communicant Catholic. You forgot that you've always been at least two decades too young to qualify, Harvard.

Due respect, you are the man my father warned me about. The week before Lagniappe Seder, Neil was invited for a pastoral walk on Latigo Bay. The innocent Yalie shifted Neil's heart. Which meant Yale beat Harvard on Marmaduke Place and at The Place in Guilford, early and often for many decades. Like USC, The College of William and Mary and Harvard University, there are no innocent Yalies. Thank God.

Running away meant never learning the Genesis of your Exodus. The role I hoped you might play on the advisory panel for my trust and literary estate, in formation due to the recent deaths of co-trustees.

Plans to transform 2B into luxury turn-key supportive housing. To misquote Bill Simmons and The Tan Man: A bi-coastal God Squad who are not f-ing grifters and show ponies who know how to keep their pie hole shut. My life's work is about art. Hospitality and interfaith dialogue. Hard, fascinating conversations that never end.

Ironically enough, Jesus has millwork questions not content-house questions.

My preference? We have as many conversations as needed to clear the air, with God, in privacy. No judgements, ever. It's none of my beeswax if, or when, or how often you cheat on your wife. Unless your partners are underage or if there are imbalances of power. If God forbid minors, school admissions, financial or donor malfeasance is involved. We broke this fair and square, twice. Let's do things right or did I miss the homily?

I want to ask you and myself the same list of questions any parent would ask the man or woman who spent the night on Seagull Way with your child "the morning after". This many "morning's after". This long after "the morning after". No doubt you have Jesuit-like questions for me, and for yourself. Here's hoping. You always ask fascinating questions.

In due course, it's my prayer we can include Christine and your adult children and larger faith communities we serve. I'm open to other ideas and resources. Failing that, you understand my position.

My position is that I'm heartbroken. And. I'm afraid of you, on Easter fifty years after the moon landing.

In Christ.

Alysse

450 East 83rd Street #2B
New York City, New York 10028
212.249.0492
310.486.5725

 **SEC.GOV**

# Tips, Complaints, and Referrals

## Summary Page - After Submission

**This export was generated on Thu, April 16, 2026 at 10:00:02 PM EDT**

The Complaint Form questions that you responded to, the answers you entered for those questions, and any documents that you have uploaded to this TCR are listed below.

**Submission Number:** 17763-912-010-013

Thank you for contacting the United States Securities and Exchange Commission. This automated response with your Submission Number confirms that your submission has been received successfully. Please write down your Submission Number or print/save a copy of your submission for future reference. Once you navigate away from this page you will not be able to get back to your submission.

We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or nonexistence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

Please note that if you selected an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are

agreeing to the following statement:

- I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

If you are an attorney completing this form on behalf of your client, by selecting an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (e.g., driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's nonwaiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

**PRINT SUBMISSION**

# What is your complaint about?

**Please select the option that best describes your complaint.**
Material misstatement or omission in a company's public filings or financial statements, or a failure to file

**Please select the specific category that best describes your complaint.**
False/misleading offering documents

**Is this supplemental information to a previous complaint?**
Yes

**What is the Submission Number of the previous complaint?**
17761-968-283-310

**In your own words, describe the conduct or situation you are complaining about.**
Formal decoupling of the Edward Koppelman Patent Portfolio from the rightful heir Alysse Dee Minkoff
Patent Assignment to Frontier Applied Sciences (FAS). Key Evidence: USPTO Reel 026116, Frame 0876.
Signatories: Hillari Koppelman (Trustee/Managing Member) and Theodore Venners. Executed during active probate litigation (LASC #BP097667) to shield IP from a 25.5% beneficial claim by Alysse Minkoff.
MATERIAL OMISSION, OCTOBER 30, 2025. Filing: Frontieras North America, Inc. SEC Form 1-A (Offering Circular).
Violation: SEC Rule 10b-5 (Material Misstatement/Omission).
The filing represents "clear title" to technology licenses for US Patent 9,926,492 and CA 2,796,353. Omission: Failure to disclose the active, documented 25.5% adverse claim by Alysse Dee Minkoff.
Liability: Current public solicitation of $25,749,993 is based on these fraudulent representations.
CONVERSION EVENT APRIL 30, 2026
Event: Scheduled $470 million Return of Capital/Distribution.
Entity: Frontera Energy Corporation (TSX: FEC).
The Catalyst Capital Group, Computershare Canada, GEM Global Yield.
These funds are derivative of the stripped IP. Release of the 25.5% portion ($119.8M)

after notice constitutes a criminal conversion of property.

KEY PARTIES & RESPONSIBLE INDIVIDUALS

Hillari Koppelman: Trustee/Signatory; facilitated the 2011 stripping. Theodore (Ted) Venners: CEO/Founder; primary beneficiary of the assignment. Matthew McKean: CEO, Frontieras North America; signatory on the fraudulent SEC filing. Robert Friedman (Cozen O'Connor): Legal Counsel; on notice of the material non-disclosure. Jose Lopez: CFO, Frontieras North America; responsible for financial integrity of the raise and others.

Hillari Koppelman in all roles as trustee, managing member, KVLLC member and fiduciary. Debbi Minkoff Miler in all roles including Long and Foster CPA Chris Brooks CPA and accounting firm, William and Anne Flayer, lawyers, doctors, friends and family members, Thomas Andrew Kardish, John and Ted Venners, other witnesses and lawyers known and unknown.

JPMorgan Subpoena dated 7/31/2013: Documents "missing" loan files for Hillari Koppelman, indicating concealment of debt-propping through trust assets.

Page 1 of the JPMorgan Letter (7/31/2013): "unable to locate" loans. This is the proof the Trustee (Koppelman) was hiding the financial trail while the patents were being moved.

The 2011 USPTO Assignment Page: April 8, 2011. This is where the 25.5% was stripped.

Page 71 of the 2025 Offering Circular: 0% disclosure of your claim. This is a federal crime.

LASC Case #BP097677 and heirship is my legal authority establishing my 25.5% heirship status.

USPTO Assignment (4/8/2011): The specific timestamp of the IP theft (Reel 026116/Frame 0876).

Affidavit of Heirship Alysse Dee Minkoff (4/13/2026): Formal notice of the current

$470M adverse claim.

MEMORANDUM FOR THE BOARD OF DIRECTORS: NOTICE OF FRAUDULENT CONVEYANCE

SUBJECT: IMPOUNDMENT OF DISPUTED PROCEEDS OF ALYSSE MINKOFF'S 25.5% INTEREST

This is a formal demand for the impoundment of funds based on the following verified facts:

APRIL 8, 2011 - mid-Trial in BP097667

The Edward Koppelman Patent Portfolio (specifically US 9,926,492 B2 and CA 2,796,353) was decoupled from its equitable owners. This assignment (USPTO Reel 026116, Frame 0876) was executed while the assets were under the jurisdiction of LASC Case #BP097667. This transfer constitutes a "patent wash" designed to bypass the 25.5% beneficial interest held by the heirs.

THE SECURITIES VIOLATION, OCTOBER 30, 2025

The Frontieras North America Regulation A+ Offering Circular represents clear and exclusive title to the technology licenses. This is a material misstatement. Under SEC Rule 10b-5, the omission of an active, documented 25.5% adverse claim renders this filing fraudulent. Public capital is currently being solicited under these false pretenses.

THE CONVERSION TRIGGER, APRIL 30, 2026

The $470 million distribution scheduled by Frontera Energy (TSX: FEC) is a derivative of the stripped IP. Any party facilitating the release of the 25.5% share of these proceeds — after receipt of this notice and the SEC Whistleblower Submission #17761-968-283-319 — is personally and professionally liable for criminal conversion of property.

MANDATORY DUE DILIGENCE. The concealment of personal liabilities by the Trustee during the period of asset stripping. The missing files certified by the bank point directly to the misappropriation of trust equity to prope up private debt.

DEMAND:

An immediate hold is hereby placed on 25.5% of all patent-derived equity and the pending distribution. The chain of title remains broken until the SEC investigation into the April 2011 assignment is resolved.

FINANCIAL MISAPPROPRIATION AND TREBLE DAMAGE TOTALS:

HILLARI KOPPELMAN (TRUSTEE)
Base Claim: $218,790,000.00
Treble Damage Penalty: $656,370,000.00
Status: Primary Fiduciary / Architect

CHARLES A. KOPPELMAN ESTATE, BRIAN KOPPELMAN AND OTHERS
Base Claim: $218,790,000.00
Treble Damage Penalty: $656,370,000.00
Status: Principal / Beneficiary of IP Stripping

DEBBI MINKOFF MILLER
Base Claim: $218,790,000.00
Treble Damage Penalty: $656,370,000.00
Status: Beneficiary of IP Stripping/Co-conspirator / Fraudulent Testimony/Possible principal

ANNE FLAYER
Base Claim: $218,790,000.00
Treble Damage Penalty: $656,370,000.00
Status: Beneficiary of IP Stripping/Co-conspirator / Concealment

CHRIS BROOKS CPA
Base Claim: $218,790,000.00
Professional Liability Penalty: $656,370,000.00
Status: Breach of Fiduciary duty/"Financial Eraser"/ Tax Fraud/Principal

TED AND JOHN VENNERS
Conversion Claim: $507,850,000.00

Status: Third-Party Recipients of Stolen IP

TOTAL LIQUIDATED ENFORCEMENT TARGET
Total Combined Claim: $1,523,550,000.00

CHARLES A KOPPELMAN LIABILITY CALCULATION, BRIAN KOPPELMAN
Principal and growth share is $98,940,000.00.
Intellectual property distribution share is $119,850,000.00.
The total base claim for Charles A Koppelman is $218,790,000.00.

DEBBI MINKOFF MILLER LIABILITY CALCULATION
The 25.5 percent beneficial interest share is $218,790,000.00.
The treble damage calculation for participation in the fiduciary breach is
$656,370,000.00.

ANNE FLAYER LIABILITY CALCULATION
The 25.5 percent beneficial interest share is $218,790,000.00.
The treble damage calculation for participation in the concealment is
$656,370,000.00.

TOTAL ENFORCEMENT SUMMARY
April 8 2011 theft principal and growth is $388,000,000.00.
April 30 2026 intellectual property distribution is $119,850,000.00.
Total base claim for the 25.5 percent owner is $507,850,000.00.
The total trebled enforcement figure for all named parties is $1,523,550,000.00.
On 4/8/2011 while LASC BO097667 was in trial in Los Angeles against my aunt,
Hillari Koppelman as fiduciary/trustee and managing member of KVLLC and Trustee
of the Koppelman Trusts and Theordore Venners who I was suing for breach of
fiduciary for missing money. Backchannel, while telling the court and filing false K-1's
with the IRS through BNC Accountancy, lawyers Martin Reed and others worked with
John and Ted Venners and Charles A. Koppelman/Brian Koppelman to strip my
rightful 25.5% share of my grandfather's trust. If the deal is allowed to close as
planned 4/30/2026, all will be lost. This is global securities fraud over many decades.
There was a restructuring on 11/2/2016 and other issues outlined in the PDF attached

to this submission tracing the patents back for hundreds of years. Current value of my share is 181,177.500 on 4/30/2026, 191,250,000

**Are you having or have you had difficulty getting access to your funds or securities?**
Yes

**Did you suffer a loss?**
Yes

**Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00).**
191250000

**When did you become aware of the conduct? (mm/dd/yyyy)**
04/16/2026

**When did the conduct begin? (mm/dd/yyyy)**
04/08/2011

**Is the conduct ongoing?**
Yes

**Has the individual or firm acknowledged the conduct?**
No

**How did you learn about the conduct? You may select more than one answer.**
Publicly available information, SEC filings

**Have you taken any action regarding your complaint? You may select more than one answer.**
Complained to firm, Complained to other regulator, Complained to SEC, Other

**Provide details.**
TIME IS OF THE ESSENCE. DEAL CLOSES 4/30/2026. I contacted all and was called "a pirate". Cozen O'Connor in Philadelphia has been no help.

# Who are you complaining about?

## Person or Firm 1

**Are you complaining about a person or a firm?**
Firm

**Select the title that best describes the firm the complaint is about.**
Private fund company (including hedge fund, private equity fund, venture capital fund or real estate fund)

**Are you or were you associated with the person or firm when the alleged conduct occurred?**
Yes

**How are you or were you associated with the person or firm you are complaining about?**
Frontier Applied Sciences holds my patents.

**Identifier Type**
Unknown

**Are you a current or former Employee, Officer, Partner, or Employee Director of any entity you are complaining about?**
No

**Are you a current or former Non-Employee Director, Consultant, Contractor or Trustee of any entity you are complaining about?**
No

**Firm Name**
Frontier Applied Sciences/Fronterias North America Cpola

**Street Address**
7349 Via Paseo del Sur, Suite 515-181 Scottsda

**Country**
United States

**Zip / Postal Code**
85258

**City**
SCOTTSDALE

**State / Province**

AZ

**Home Phone**

832) 501-3553

**Work Phone**

304) 402-7222

**Mobile Phone**

480) 463-4705

**Email Address**

communication@frontieras.co

**If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person?**

Yes

## Which investment products are involved?

**Select the type of product involved in your complaint.**

Equities (e.g., common stock, preferred stock)

**Please select the category that best describes the security product.**

Common stock (traded over-the-counter, including microcap and penny stock)

**Enter the ticker symbol, if known.**

FASF

**Enter the product name(s), if known.**

ALL legacy Koppeman IP

## About you

**Are you filing this tip under the SEC's whistleblower program?**

Yes

**Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**
No

**Title**
Ms

**First Name**
Alysse

**Last Name**
Minkoff

**Street Address**
450 East 83rd Street

**Address (Continued)**
2B

**Country**
United States

**Zip / Postal Code**
10028

**City**
NEW YORK

**State / Province**
NY

**Home Telephone**
212-249-0492

**Mobile Telephone**
310-486-5725

**Email Address**
aminkoff@aol.com

**What is the best way to reach you?**
Email

**Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**
No

**Select the profession that best represents you.**
Other

**For Other, please specify.**
Beneficial owner of 25.5 percent of money that was stolen from me during probate litigation.

**Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?**
Yes

**If you answered "Yes," please provide details.**
Decades of litigation.

**Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?**
Yes

**If you answered "Yes," please provide details.**
Lies under oath. Countersuits. Patent Washing.

**Has anyone taken steps to prevent you from reporting this violation to the SEC?**
No

**Are documents or other information being submitted that could potentially identify the whistleblower?**
Yes

**Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.**
Today's calculations and additional information to support the claims to stop the 4/30/2026 deal.

**Does the whistleblower want to be eligible to apply for a whistleblower award?**
Yes

1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

No

2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section §78c(a)(52))?

No

3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?

No

4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?

No

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?

No

6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?

No

**7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?**

No

**8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?**

No

**I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.**

Agree

# Attach Files

## Upload Document(s)

- *Calculations Annual.pdf* (809.89 KB)
- *FraudulentConveyance 4:16 7-14 AM.pdf* (42.02 KB)

 **SEC.GOV**

# Tips, Complaints, and Referrals
## Summary Page - After Submission

### This export was generated on Wed, April 22, 2026 at 02:24:00 PM EDT

The Complaint Form questions that you responded to, the answers you entered for those questions, and any documents that you have uploaded to this TCR are listed below.

### Submission Number: 17768-822-380-400

Thank you for contacting the United States Securities and Exchange Commission. This automated response with your Submission Number confirms that your submission has been received successfully. Please write down your Submission Number or print/save a copy of your submission for future reference. Once you navigate away from this page you will not be able to get back to your submission.

We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or nonexistence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

Please note that if you selected an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

If you are an attorney completing this form on behalf of your client, by selecting an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (e.g., driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's nonwaiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

PRINT SUBMISSION