**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ALYSSE DEE MINKOFF,**

**Plaintiff,**

**- against -**

**FRONTIERAS NORTH AMERICA, INC., ET AL.,**

**Defendants.**

**26-cv-3628 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff's time to file the statement explaining why this Court has jurisdiction over this case as directed by this Court's August 4, 2026 Order, ECF No. 19, is extended to **September 28, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**August 26, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**