**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ALYSSE DEE MINKOFF,**

**Plaintiff,**

**- against -**

**FRONTIERAS NORTH AMERICA, INC., ET AL.,**

**Defendants.**

**26-cv-3628 (JGK)**

**Order**

---

**John G. Koeltl, District Judge:**

The plaintiff has made various filings. However, the plaintiff has still not explained why there is federal subject-matter jurisdiction in this case. The Court has extended the date for the plaintiff to explain why there is federal subject-matter jurisdiction in this case to **September 28, 2026.** ECF No. 36.

If the plaintiff fails to explain why there is federal subject-matter jurisdiction in this case by September 28, 2026, the case will be dismissed without prejudice for failure to show that there is federal subject-matter jurisdiction.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 27, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**