UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALYSSE DEE MINKOFF,

Plaintiff,

- against -

FRONTIERAS NORTH AMERICA, INC., ET AL,

Defendants.

26-cv-3628 (JGK)

Order

**John G. Koeltl, District Judge:**

On July 17, 2026, the plaintiff filed a First Amended Complaint under seal. ECF No. 13. On August 4, 2026, the Court extended the time for the plaintiff to serve the summons and the First Amended Complaint on the defendants to September 21, 2026, without prejudice to further extension after the Court decides the question of subject matter jurisdiction. ECF No. 19. To date, no affidavits of service of the First Amended Complaint have been filed, and the appearing defendants represent that they have not been given "any file-stamped document bearing ECF No. 13." ECF No. 43. The appearing defendants have moved for access to the various sealed documents the plaintiff has filed in this case—including the First Amended Complaint. Id. Although the plaintiff has not moved to file these documents under seal, some of them contain records of a nature that would usually warrant sealing, such as medical records. In any event, whether the filings ought to be sealed from public access does not lessen the defendants' entitlement to a copy of them. See Fed. R. Civ. P. 5(a)(1); cf. United States v. Abuhamra, 389 F.3d 309, 329

(2d Cir. 2004) (collecting cases that explain generally how ex parte submissions are strongly disfavored).

The plaintiff is directed to serve a copy of the summons, First Amended Complaint (ECF No. 13), jurisdictional statement (ECF No. 41), and this Order on any defendant who has not yet entered an appearance and file affidavits of service by **October 20, 2026**. Failure to comply with this deadline may result in the Court's dismissal of the defendants who have not yet been served. In light of the appearing defendants' upcoming deadline to respond to the First Amended Complaint, the Clerk is respectfully requested to permit the defendants electronic access to all documents filed under seal in this case. The plaintiff must seek permission from the Court to file any further documents under seal.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 12, 2026**

**John G. Koeltl**
**United States District Judge**