UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALYSSE DEE MINKOFF,

Plaintiff,

- against -

FRONTIERAS NORTH AMERICA, INC., ET AL,

Defendants.

26-cv-3628 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court has received the plaintiff's jurisdictional statement, which alleges that the defendants committed "interstate fraud, family trust estate violations, and digital asset manipulation" under 15 U.S.C. § 77 (The Securities Act of 1933). ECF No. 41.

Consistent with the Court's October 9, 2026 Order, the time for defendants Brian Koppelman, Frontieras North America, Inc., Geraldine Wyle, and Thomas A. Kardish to answer or to otherwise respond to the First Amended Complaint is **November 13, 2026**. The defendants may move to dismiss the First Amended Complaint without a premotion conference. If the defendants so move, the time for the plaintiff to respond to that motion is **December 4, 2026**. The time to reply, if at all, is **December 11, 2026**.

SO ORDERED.

Dated: New York, New York
October 12, 2026

John G. Koeltl
United States District Judge